FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 10:52 am, Aug 18, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CATARINO BLANCO-CORTEZ, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-48 |
| v. | * | |
| TRACY JOHNS, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Catarino Blanco-Cortez ("Blanco-Cortez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Blanco-Cortez's 28 U.S.C. § 2241 Petition for failure to follow the Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Blanco-Cortez *in forma pauperis* status on

appeal.

    SO ORDERED, this \_\_17\_\_ day of \_\_August\_\_, 2020.

                                            HON. LISA GODBEY WOOD, JUDGE
                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)