AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:21 pm, Aug 18, 2020

CATARINO BLANCO-CORTEZ

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20cv48

TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated August 17, 2020; the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Blanco-Cortez's Petition is DISMISSED without prejudice and Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: August 18, 2020

John Triplett, Acting Clerk of Court
Clerk

Megan Garcia
(By) Deputy Clerk

GAS Rev 10/1/03